# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Courtney Lynn Graham, | No. CV-23-00987-PHX-JJT (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

At issue is the Report and Recommendation (Doc. 24, "R&R") issued by United States Magistrate Judge Camille D. Bibles concluding that the Court should affirm the decision of the Administrative Law Judge ("ALJ"). Plaintiff has filed an Objection to the R&R (Doc. 25, "Obj."), to which the Commissioner has filed a Response (Doc. 26). Having reviewed the R&R, the Objection, and the Response, the Court will adopt the R&R in whole, including all of Judge Bibles's reasoning, and affirm the Commissioner's decision.

Plaintiff first argues that the ALJ erred by failing to sufficiently conduct the entire medical improvement inquiry. (Obj. at 3–5.) But the Court finds, as Judge Bibles did, that the record contains substantial evidence to support the ALJ's conclusion that there was medical improvement regarding Plaintiff's impairments, and any error in failing to more thoroughly examine or cite specific evidence was harmless. (R&R at 58–63.) Plaintiff next argues that the ALJ erred by rejecting Plaintiff's symptom testimony. (Obj. at 6–8.) However, the Court agrees with Judge Bibles that the ALJ rejected Plaintiff's symptom testimony only after finding that it contradicted the objective medical evidence, which is a

1  sufficient basis for rejecting it. (R&R at 66–70.) Finally, Plaintiff argues that the ALJ erred
2  by relying on his own view of the medical records to support the residual functional
3  capacity determination. (Obj. at 8–9.) But as Judge Bibles noted, the ALJ analyzed the
4  opinions of several treating, examining, and consulting physicians in determining the
5  residual functional capacity. (R&R at 70–71.)

6  **IT IS THEREFORE ORDERED** that Plaintiff's Objection to the R&R (Doc. 25)
7  is overruled.

8  **IT IS FURTHER ORDERED** adopting the R&R (Doc. 24) and affirming the
9  decision of the Commissioner of Social Security for the reasons stated in detail in the R&R.

10  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment
11  accordingly and close this matter.

12  Dated this 19th day of August, 2024.

Honorable John J. Tuchi
United States District Judge